# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THERESA MARCIANTI,<br><br>Defendant. | Case No. 2:11-cr-00452-APG-CWH<br><br>**ORDER DIRECTING ENTRY OF A SEPARATE JUDGMENT** |

I previously denied defendant Theresa Marcianti's motion filed under 28 U.S.C. § 2255. ECF No. 227. In light of the Ninth Circuit's recent decision in *United States v. Kingsbury*, 900 F.3d 1147 (9th Cir. 2018),

IT IS HEREBY ORDERED that the Clerk of Court is directed to enter a separate civil judgment denying defendant Marcianti's § 2255 motion. The Clerk also shall file this order and the civil judgment in this case and in the related civil case number 2:17-cv-02649-APG.

DATED this 27th day of September, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE